| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Coyle, Robert E | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>3/23/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.  ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>2500 Tulare Street, 9th Floor<br>Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

RECEIVED 2007 APR -9 A II: 07 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
| --- | --- |
| Coyle, Robert E | 3/23/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\boxed{X}$ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 3/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 3/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ▆ ▆▆▆ Academy, Fresno County, CA | | None | M | W | | | | | |
| 2. ▆ Cayucos home, San Luis Obispo County, CA | D | Rent | O | W | | | | | |
| 3. ▆ Wachovia Securities IRA (name change from Everen) | A | Dividend | O | T | | | | | |
| 4. ▆ Cabin, Central Camp, Madera County, CA | | None | L | W | | | | | |
| 5. ▆ Central Valley Dev. Co. | | None | J | W | Gifted | 1/1/06 | K | A | ▆▆▆▆ |
| 6. 1/15 int. Amgen Common Stock | | None | J | T | | | | | |
| 7. 1/15 int. Bristol Myers Common Stock | A | Dividend | | | Sell | 12/29 | J | A | |
| 8. 1/15 int. British Petro. Comomon Stock | A | Dividend | J | T | | | | | |
| 9. 1/15 int. CitiGroup Common Stock | A | Dividend | J | T | | | | | |
| 10. 1/15 int. Dell Common Stock | | None | J | T | | | | | |
| 11. 1/15 int. General Electric Common Stock | A | Dividend | | | Sell | 8/22 | J | A | |
| 12. 1/15 int. Halliburton Common Stock | A | Dividend | J | T | | | | | |
| 13. 1/15 int. Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 14. 1/15 int. Intel Common Stock | A | Dividend | J | T | | | | | |
| 15. 1/15 int. Medtronics Common Stock | A | Dividend | J | T | | | | | |
| 16. 1/15 int. Microsoft Common Stock | A | Dividend | | | Sell | 8/22 | J | | |
| 17. 1/15 int. Morgan Stanley common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 3/23/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| (formerly MSDW) | | | | | | | | | |
| 18. 1/15 int. MSDWLAF | A | Interest | J | T | . | | | | |
| 19. 1/15 int. Pfizer Common Stock | A | Dividend | | | Sell | 12/29 | J | | |
| 20. 1/15 int. SBC Common Stock | A | Dividend | | | Sell | 12/29 | J | | |
| 21. 1/15 int. Target Common Stock | A | Dividend | J | T | | | | | |
| 22. 1/15 int. Tiffany Common Stock | A | Dividend | | | Sell | 3/24 | J | | |
| 23. 1/15 int. Electronic Arts Common Stock | | None | | | Sell | 3/24 | J | | |
| 24. 1/15 int. General Motors Common Stock | A | Dividend | | | Sell | 3/21 | J | | |
| 25. 1/15 int. Sun Microsystems Common Stock | | None | J | T | | | | | |
| 26. 1/15 int. MSC Ind'l. Direct, Class A | A | Dividend | J | T | | | | | |
| 27. 1/15 int. Dollar Tree common stock | | None | | | Buy | 3/24 | J | | |
| 28. 1/15 int. Dollar Tree common stock | | None | | | Sell | 9/19 | J | | |
| 29. 1/15 int. Caterpillar common stock | | None | J | T | Buy | 4/25 | J | | |
| 30. 1/15 int. Coke common stock | | None | J | T | Buy | 5/23 | J | | |
| 31. 1/15 int. Georgia Pacific common stock | | None | J | T | Buy | 9/19 | J | | |
| 32. 1/15 int. Coldwater Creek common stock | | None | J | T | Buy | 9/19 | J | | |
| 33. Royce Total Return Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:            J =$15,000 or less       K =$15,001 - $50,000     L =$50,000 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes      P3 =$25,000,001 - $50,000,000   Q =Appraisal    R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)          U =Book Value             V =Other                 S =Assessment
                                                                                W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 3/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Schwab I (money market acct.) | A | Interest | J | T | | | | | |
| 35. Dodge & Cox Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 3/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Numbers 6 through 32 are shares of stock owned by ▆▆▆▆ investment club in which she owns a 1/15 share.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date \_\_\_\_April 2, 2007\_\_\_\_

NOTE: ANY IN██████████████████WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544